IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2010 SEP 20  P 12: 22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CIVIL ACTION NO.

2:10mc3529-mht

ROBERT STINSON, JR.;
LIFE'S GOOD, INC.;
LIFE'S GOOD STABL MORTGAGE FUND, LLC;
LIFE'S GOOD HIGH YIELD MORTGAGE
   FUND, LLC;
LIFE'S GOOD CAPITAL GROWTH FUND, LLC;
IA CAPITAL FUND, LLC;
KEYSTONE STATE CAPITAL CORPORATION,

    Defendants, and

FIRST COMMONWEALTH SERVICE COMPANY;
SUSAN L. STINSON;
CHRISTINE A. STINSON;
MICHAEL G. STINSON;
LAURA MARABLE,

    Relief Defendants.

**NOTICE OF FILING OF COMPLAINT AND ORDERS**
**APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754**

By Order of the United States District Court for the Eastern District of Pennsylvania, entered on September 13, 2010, Kamian Schwartzman, Esquire was appointed the receiver (the "Receiver") for the Receivership Estate established by Order of Court dated September 10, 2010 (the "Receivership Order"), which includes all assets of Robert Stinson, Jr.; Life's Good, Inc.; Life's Good STABL Mortgage Fund, LLC; Life's Good High Yield Mortgage Fund, LLC; Life's Good Capital Growth Fund, LLC; IA Capital Fund, LLC; Keystone State Capital Corporation; Susan L. Stinson; First Commonwealth Service Company; Christine A. Stinson; Michael G.

Stinson; and Laura Marable (collectively, the "Source Entities"), along with any entities owned or controlled by the Source Entities or in which any of them have an interest, and any other assets that may be collected by the Receiver.

Pursuant to 28 U.S.C. § 754, the Receiver hereby files:

- A copy of the S.E.C.'s Complaint against the Source Entities (attached as Exhibit A);

- A certified copy of the Receivership Order (attached as Exhibit B);

- A certified copy of the Order appointing Receiver and Receiver's Counsel (attached as Exhibit C).

Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

By: _____
GAETAN J. ALFANO, ESQUIRE
J. PETER SHINDEL, JR., ESQUIRE
I.D. Nos. 32971, 201554
1818 Market Street, Suite 3402
Philadelphia, PA  19103
(215) 320-6200

*Counsel for Kamian Schwartzman, Esq., Receiver*

Dated:  September 17, 2010